## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**DAPHNE ANN GREEN**                                                                                 **PLAINTIFF**

**v.**                                   **NO. 3:21-cv-00025 PSH**

**KILOLO KIJAKAZI, Acting Commissioner**                              **DEFENDANT**
**of the Social Security Administration**

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 6th day of April, 2022.

_____
UNITED STATES MAGISTRATE JUDGE